# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JOHN THOMAS HELMS, III,       :

    Petitioner       :

                       CIVIL ACTION NO. 3:15-1905

   v.       :

                       (Judge Mannion)

VINCENT MOONEY,       :
Superintendent,

                 :

    Respondent

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** the above captioned action to the United States District Court for the Eastern District of Pennsylvania.

2. The Clerk of Court shall **CLOSE** this case.


                   *s/ Malachy E. Mannion*
                   **MALACHY E. MANNION**
                   **United States District Judge**

**Date: October 9, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1905-01-ORDER.wpd